**PRESIDENT, The (ZANE v.).** See Case No. 18,201.

## Case No. 11,391.

### PRESIDENT'S PROCLAMATION DECLARED ILLEGAL.

[2 Niles' Reg. 216.]

Circuit Court, D. North Carolina. May 30, 1812.

NON-INTERCOURSE—PROCLAMATION BY PRESIDENT.

MARSHALL, Circuit Justice, decided, in the circuit court of North Carolina, that the proclamation of the president of the United States of the 9th August, 1809 (after the disavowal of Erskine's arrangement), interdicting commerce with Great Britain, was not legal.

---

**PRESSY (UNITED STATES v.).** See Case No. 16,086.

---

## Case No. 11,392.

### In re PRESTON.

[3 N. B. R. 103 (Quarto, 27).] [1]

District Court, S. D. New York. July 14, 1869.

BANKRUPTCY—SCHEDULES—AMENDMENT.

Bankrupt may, by order of court, amend his schedules, even after the consideration of specification in opposition to his discharge.

[Cited in Re Heller, Case No. 6,339.]

[In the matter of Alvan B. Preston, a bankrupt.]

John Lyon, for bankrupt.
Charles A. Fowler, for creditors.

BLATCHFORD, District Judge. The specifications are none of them supported by the evidence, but the bankrupt must amend his schedule of assets by inserting his claim against the estate of John Turner. When that shall have been done a discharge will be granted.